AIMAN-SMITH & MARCY
PROFESSIONAL CORPORATION
Randall B. Aiman-Smith #124599
ras@asmlawyers.com
Reed W.L. Marcy #191531
rwlm@asmlawyers.com
Hallie Von Rock #233152
hvr@asmlawyers.com
Lisseth Bayona #338135
lb@asmlawyers.com
7677 Oakport St. Suite 1000
Oakland, CA 94621
T 510.817.2711

Attorneys for Plaintiff
John Michael Tomberlin, Jr.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JOHN MICHAEL TOMBERLIN, JR., individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SPORT SQUAD, INC., a Maryland corporation; and DOES 1-50,<br><br>Defendants. | Case No.: 5:24-cv-01158 MWC (SPx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))**<br><br>Hon. Michelle Williams Court, Presiding<br>Courtroom 6A<br><br>Assigned for discovery-related motions:<br>Hon. Sheri Pym, Magistrate Judge<br>Courtroom 4, 3rd Floor<br><br>George E. Brown, Jr. United States Courthouse<br>3470 Twelfth Street<br>Riverside, CA 92501-3801 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Stipulation is made and entered into through counsel by and between Plaintiff John Michael Tomberlin, Jr. ("Plaintiff") and Defendant Sport Squad, Inc. ("Defendant") (collectively, the "Parties"). The Parties hereby stipulate and agree that this action shall be dismissed with prejudice.

**I. STIPULATION.**

The Parties hereby stipulate that the above-captioned action, including all claims and causes of action asserted in the Second Amended Complaint and any operative pleadings, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties further stipulate that each Party shall bear its own attorneys' fees and costs incurred in connection with this action except as otherwise provided in any written settlement agreement between the Parties, if applicable.

**IT IS SO STIPULATED.**

April 27, 2026

AIMAN-SMITH & MARCY
A PROFESSIONAL CORPORATION

/s/ Hallie Von Rock

Hallie Von Rock
Attorneys for Plaintiff
JOHN MICHAEL TOMBERLIN, JR.

April 27, 2026

RUTAN & TUCKER, LLP

/s/ Joshua Glikin

Joshua Glikin
Attorneys for Defendant/Third-Party Plaintiff
SPORT SQUAD INC.

/ / /

/ / /

**Filer's Attestation:** The filer of this document, Hallie Von Rock, hereby attests that prior to filing, I obtained the concurrence to its filing from the other signatories listed herein. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed: /s/ Hallie Von Rock, on April 27, 2026.